

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00877-CV

Joe Jesse **PONCE**, III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI13669
Janet L. Leal, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on December 19, 2019. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal failed to certify that any court reporter was served. The clerk instructed appellant's attorney to file an amended notice of appeal certifying proper service on the responsible court reporter(s). To date, an amended notice of appeal has not been filed.

It is therefore ORDERED that appellant's attorney, Ed Stapleton, file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If Mr. Stapleton fails to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Stapleton to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.



Michael A. Cruz,
Clerk of Court